| | | |
|---|---|---|
| AOC-S-105  Sum Code: CI<br>Rev. 7-99<br><br>Commonwealth of Kentucky<br>Court of Justice<br>CR 4.02; Cr Official Form 1 | <br>**Civil Summons** | Case Number **10-CI-00204**<br>Court  CI<br>County  BOYLE |

*Plantiff,* ORMS, ROBERT, ET AL  VS. TAKEDA PHARMACEUTICALS AMERICA INC, *Defendant*

TAKEDA PHARMACEUTICALS NORTH AMERICA, INC
208 S. LASALLE ST., SUITE 814
CHICAGO                    IL        60604

**RECEIVED**
APR 21 2010
SECRETARY OF STATE
COMMONWEALTH OF KY

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, JONI H. TERRY
BY: Joni Hogue Terry, Clerk
Date 04/19/2010

SECRETARY OF STATE TO SERVE:
CT CORPORATION SYSTEM, KY HOME LIFE BUILDING
LOUISVILLE, KY  40202

**Proof of Service**
[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
    To: _____
[ ] Not Served because: _____
Date: _____, 2___                                Served by _____

CI    10-CI-00204
ORMS, ROBERT, ET AL  VS. TAKEDA PHARMACEUTICALS AMERICA INC.

**EXHIBIT A**



FILED
APR 19 2010
JONI H. TERRY
CLERK, BOYLE CIRCUIT COURT

COMMONWEALTH OF KENTUCKY
50TH JUDICIAL CIRCUIT
BOYLE CIRCUIT COURT
NO. 10-CI-00204

ROBERT ORMS and
JANET ORMS                                                                                          PLAINTIFFS

v.                                          **COMPLAINT**

TAKEDA PHARMACEUTICALS AMERICA, INC.
C T CORPORATION SYSTEM, AGENT
4169 Westport Road
Louisville, KY 40207
Serve: Certified Mail

AND

TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.
C T CORPORATION SYSTEM, AGENT
208 S. LaSalle St., Suite 814
Chicago, IL 60604
Serve:  Secretary of State
        Frankfort, Kentucky 40601
AND

TAKEDA PHARMACEUTICAL COMPANY LIMITED
Yasuchika Hasegawa, President
1-1, Doshomachi 4-chome
Chuo-ku
Osaka 540-8645
Japan
Serve: **INTERNATIONAL REGISTERED MAIL**                                DEFENDANTS

\* \* \* \* \* \* \* \* \*

### COUNT I

1. At all time herein mentioned plaintiffs were husband and wife residing near Danville in Boyle County, Kentucky.

A TRUE COPY
ATTEST:
BY:_____D.C.

2. At all times herein mentioned defendant TAKEDA PHARMACEUTICALS AMERICA, INC., was a foreign corporation with its principal office and place of business at #1 Takeda Pkwy, Deerfield IL 60015, whose agent is set forth in the caption.

3. At all times herein mentioned defendant TAKEDA PHARMACEUTICALS NORTH AMERICA, INC. was a foreign corporation with its principal office and place of business at #1 Takeda Pkwy, Deerfield IL 60015, whose agent is set forth in the caption, transacting business and causing tortious injury in this state, thereby designating the Secretary of State its agent for service of process under the provisions of KRS 454.210.

4. At all times herein mentioned defendant TAKEDA PHARMACEUTICAL COMPANY LIMITED was a foreign corporation with its principal office and place of business at 1-1, Doshomachi 4-chome, Chuo-ku, Osaka 540-8645, Japan, whose president is set forth in the caption. It was and is the sole owner of the other corporate defendants, all of whom are referenced herein as "Takeda."

5. At all times herein mentioned Takeda manufactured and distributed the medication known as "Duetact."

6. Beginning about September, 2008, and continuing through about April 20, 2009, Robert Orms was prescribed and supplied Duetact for treatment of his diabetic condition.

7. The Duetact caused congestive heart failure, resulting in serious and permanent injury to Robert Orms.

8. Takeda sold the Duetact in a defective condition unreasonably dangerous, which was a substantial factor in causing the injury described above.

9. Takeda was further negligent in the formulation or manufacture of the Duetact, all of which was a substantial factor in causing the injury described above. Its negligence in formulation or manufacture of the Duetact includes, but is not limited to, failure adequately to prepare and test for its intended use, failure adequately to warn and to instruct concerning the use of Duetact, and failure adequately to test the Duetact before placing it in use.

10. As a result of the actions and failures described above Robert Orms has suffered permanent physical injury, pain and suffering, and has incurred and will continue to incur damages for medical expenses, lost wages, destruction of his power to earn money, and fear of future impairment, all to his damage in excess of $4,000.

11. Takeda knew of the dangers posed by Duetact when it placed the drug in commerce, thereby willfully causing injury to Robert Orms, to his punitive damage in an amount to be fixed at trial.

## COUNT II

12. At all times herein mentioned Robert Orms and Janet Orms were husband and wife.

13. Janet Orms incorporates by reference the allegations of paragraphs 1 through 8 above.

14. As a result of the actions and failure of Takeda described above Janet Orms has suffered the loss of companionship and services of her husband, to her damage in excess of $4,000.

WHEREFORE, Plaintiffs pray judgment against defendants in excess of $4,000, punitive damages, their costs herein, trial by jury, and all proper orders and relief.

*/s/ Robert Orms*

ROBERT ORMS
3270 Lancaster Road
Danville, Kentucky 40422
(859) 691-0288


*/s/ Janet Orms*

JANET ORMS
3270 Lancaster Road
Danville, Kentucky 40422
(859) 583-9303

Page 4